NOTE CHANGES BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA POINT DEVELOPMENT ASSOCIATES, a California General Partnership, et al., | Case No. 5:19-cv-00964 RGK (KSx) |
| | [~~PROPOSED~~] |
| Plaintiffs, | |
| | JUDGMENT FOLLOWING SUMMARY JUDGMENT MOTION |
| v. | |
| | Date:        April 20, 2020 |
| COUNTY OF SAN BERNARDINO, et al., | Time:        9 a.m. |
| | Courtroom: 850, 8th Floor |
| Defendants. | |

Lodged concurrently with:
1. Statement of Uncontroverted Facts
2. Request for Judicial Notice
3. Laura Crane Declaration
4. Chris Warrick Declaration
5. Terri Rahhal Declaration
6. Notice of Motion and Motion; Memorandum of P&As
7. Proposed Order Granting MSA
8. Index of Exhibits and Exhibits

JUDGMENT

1

## **JUDGMENT**

2
3
4
5

~~On April 20, 2020, the above entitled action came on for hearing before the court for Defendant County of San Bernardino's Motion for Summary Judgment, or Summary Adjudication in the alternative. The honorable Judge R. Gary Klausner presided over the hearing. The parties' appearances were as noted in the record~~.

6
7
8
9

Having fully considered the evidence and arguments presented, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Defendant's Motion for Summary Judgement is granted, judgment is entered in favor of the Defendant County of San Bernardino ~~for the reasons stated below: :~~

10
11
12
13
14

~~1.     Defendant is entitled to judgment as to Plaintiffs' third and fourth claims for relief because the factors identified by the Supreme Court in *Penn Cent. Transp. Co. v. City of New York*, 438 U.S. 104 (1978) do not weigh in favor of finding the County of San Bernardino's actions with regards to the Plaintiffs' project has resulted in a regulatory taking because:~~

15
16
17
18
19

~~a.     Plaintiffs cannot establish that the first factor of the *Penn Central* analysis weighs in favor of finding the County of San Bernardino's actions caused an economic impact on the Plaintiffs of such significance that it equates to a physical occupation of the property. *See Bridge Aina Le'a, LLC v. Land Use Comm'n*, 950 F.3d 610 (9th Cir. 2020).~~

20
21
22
23
24
25

~~b.     Plaintiffs cannot establish that the second factor of the *Penn Central* analysis weighs in favor of finding the County of San Bernardino's actions interfered with Plaintiffs' reasonable investment backed expectations. *See Colony Cove Properties, LLC v. City of Carson*, 888 F.3d 445, 452 (9th Cir. 2018), *Pennsylvania Coal Co. v. Mahon*, 260 U.S. 393, 413 (1922), and *Ruckelshaus v. Monsanto Co.*, 467 U.S. 986, 1005 (1984).~~

26
27

~~c.     Plaintiffs cannot establish that the third factor of the *Penn Central* analysis weights in favor of finding the character of the County of San Bernardino's~~

28

-1-

JUDGMENT

1 ~~actions weighs in favor of finding a taking. *See Lingle v. Chevron U.S.A. Inc.*, 544~~
2 ~~U.S. 528, 539 (2005)~~

3 ~~2.     Defendant is further entitled to judgment as to Plaintiffs' third claim for~~
4 ~~relief, for inverse condemnation based on California law, on the ground that the claim is~~
5 ~~barred by Plaintiffs' failure to take advantage of available administrative remedies. *See*~~
6 ~~*Rezai v. City of Tustin*, 26 Cal. App. 4th 443, 449 (1994).~~

7 ~~3.     Defendant is further entitled to judgment as to Plaintiffs' fourth claim for~~
8 ~~relief, made pursuant to 42 U.S.C. § 1983 and alleging a violation of Plaintiffs' Fifth~~
9 ~~Amendment right, on the ground that Plaintiffs cannot establish their claimed harm was~~
10 ~~the result of a *de facto* policy implemented by a County of San Bernardino final policy~~
11 ~~maker. *See* Ninth Cir. Jury Instr. 9.6, *City of St. Louis v. Praprotnik*, 485 U.S. 112, 126–~~
12 ~~28 (1988).~~

13 ~~4.     Defendant is further entitled to judgment as to Plaintiffs' fourth claim for~~
14 ~~relief, made pursuant to 42 U.S.C. § 1983 and alleging a violation of Plaintiffs' Fifth~~
15 ~~Amendment right, on the ground that the claim is barred by the two year statute of~~
16 ~~limitations. *Tahoe-Sierra Pres. Council, Inc. v. Tahoe Reg'l Planning Agency*, 216 F.3d~~
17 ~~764 (9th Cir. 2000); Cal. Civ. Proc. Code § 335.1; *see also Colony Cove Properties, LLC*~~
18 ~~*v. City Of Carson*, 640 F.3d 948, 956 (9th Cir. 2011).~~

19 ~~5.     Defendant is entitled to judgment of Plaintiffs' first claim for relief, seeking~~
20 ~~injunctive relief, is granted on the ground that an injunction is a remedy, not a cause of~~
21 ~~action. *See Jensen v. Quality Loan Serv. Corp.*, 702 F. Supp. 2d 1183, 1201 (E.D. Cal.~~
22 ~~2010) ("A request for injunctive relief by itself does not state a cause of action.")~~

23 ~~Plaintiffs shall take nothing.~~

24 ~~Defendant shall recover its costs.~~

25 Dated:  May 18, 2020

26 _____
   HONORABLE JUDGE R. GARY KLAUSNER
27 United States District Judge

28

~~2~~
~~JUDGMENT~~